# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PANAMA CITY DIVISION

RAY CHRIS MOBLEY,

    Plaintiff,

v.                          CASE NO. 5:11-cv-173-RS-CJK

BAY COUNTY, et al.,

    Defendants.

_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 13). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. Plaintiff's complaint is **DISMISSED without prejudice** as malicious under 28 U.S.C. § 1915(e)(2)(B)(i) for plaintiff's abuse of the judicial process.

3. The clerk is directed to close the file.

**ORDERED** on November 8, 2012.

                              /S/ Richard Smoak
                              **RICHARD SMOAK**
                              **UNITED STATES DISTRICT JUDGE**